**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kevin A. Gatto                                    CHAPTER 13
                    Debtor(s)

                                                         BKY. NO. 22-11197 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                                  Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
24 May 2022, 12:53:01, EDT

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322