REV bL059 1


**pennsylvania**
DEPARTMENT OF REVENUE
HARRISBURG PA 17128-2005

EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET ST SUITE 400
PHILADELPHIA, PA 19107

Date Issued

Letter ID

Social Security Number   ***-**-3580

## Notice of Withdrawal

This notice is to inform you of the Pennsylvania Department of Revenue's bankruptcy claim withdrawal of the below case;

| Account Information: | Bankruptcy Case Details: |
|---|---|
| GATTO, KEVIN A | **Case ID:** 2211197 |
| Social Security Number : ***-**-3580 | **Type:** Chapter 13 |
| | **File Date:** 09-May-2022 |

| Why you are receiving this notice | On **11-May-2022** the department sent you a Proof of Claim in the amount of **$740.31**. |
|---|---|
| If you have any questions regarding this notice, please contact the department using the information provided. | Since the filing of our claim, a remittance or additional information has been received satisfying all liabilities on the Proof of Claim. |
| Marina Arkhipova | |
| Phone: (717) 772-6940 | |
| Fax: (717) 783-4331 | |

| What you need to do | Please accept this letter as your authority to withdraw our claim. No further action is required. |
|---|---|