IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter: 13
Kevin A Gatto                                             Bankruptcy No.: 22-11197 ELF

                            Debtor

FTS Capital, LLC

                            Movant

          vs.
Kevin A Gatto

                            Debtor

      And

KENNETH E. WEST, Trustee
                            RESPONDENTS


**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, this ___20th___ day of __September__ 2022 upon the Motion of Movant

FTS Capital, LLC for Relief from the Automatic Stay it is hereby:

**ORDERED** A THAT the automatic stay in effect pursuant to § 362(a), it is hereby

**MODIFIED** for cause pursuant 11 U.S.C § 362(d) as to Movant, its agents, assigns or

successors in interest, so that the Movant, its agents, assigns or successors in interest, may take

any and all action under applicable state law to exercise its remedies against the Premises

described as 2101 Chestnut Street, Unit 609, Philadelphia, PA 19103 including but not limited

to foreclosure of its mortgage on the Premises; and it is further


**ORDERED**, that the 14-day stay invoked pursuant to F.R.B.P. 4001(a)(3) is hereby

waived; and it is further

- 1 -

**ORDERED**, that the order be binding and effective despite any conversion of this

bankruptcy case to case under any other chapter of Title 11 of the United States Code.

**Order entered by default.**

Date: 9/20/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 2 -