# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re **Kevin A Gatto**                                                                 Case No. **22-11197**

                                        Debtor(s)                                        Chapter **13**

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's First Amended Chapter 13 Plan, docket number 48, filed by YOUNG, MARR & ASSOCIATES as it should have been named Second Amended Plan.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: December 12, 2022