IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                    Chapter: 13
Kevin A Gatto                                     Bankruptcy No.: 22-11197 ELF

                                  Debtor

FTS Capital, LLC
                                  Movant

                    vs.
Kevin A Gatto
                                  Debtor

                  And

KENNETH E. WEST, Trustee
                                  RESPONDENTS

**PRAECIPE TO WITHDRAW FTS CAPITAL, LLC'S
OBJECTION TO CONFIRMATION OF PLAN [DOC. NO. 17]**

       **COMES NOW, SECURED CREDITOR**, Attorneys for FTS Capital, LLC, (herein after referred to as "Secured Creditor"), by and through its undersigned counsel, and hereby files this Notice of Withdraw of its Objection to Confirmation of Plan at [Doc. No. 17]. Debtor has filed an amended chapter 13 plan indicating that he intends to surrender the property.

Dated: 12/12/2022                                               By:__/s/ *Jennie C. Shnayder*_____
                                                                Jennie C. Shnayder, Esq. ID # 315213
                                                                 Shnayder Law Firm, LLC
                                                                148 East Street Rd., Suite 352
                                                               Feasterville, PA 19053
                                                               Telephone: (215) 834-3103
                                                              Facsimile: (215) 565-2679
                                                             jennie@shnayderlawfirm.com
                                                             Attorneys for Creditor