United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kevin A Gatto  
    Debtor

Case No. 22-11197-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 04, 2023      Form ID: 155      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Kevin A Gatto, 2101 Chestnut Street, Unit 609, Philadelphia, PA 19103-3112 |
| 14689483 | + | BAC Services, Llc., 3601 Route 9 North, Howell, NJ 07731-3395 |
| 14689482 | + | BAC Services, Llc., Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 14690180 | + | FTS Capital LLC, c/o Shnayder Law Firm LLC, 148 East Street Rd., Suite 352, Feasterville, PA 19053-7604 |
| 14689494 | + | Mazda Fin Svcs/TMCC, Attn: Bankruptcy, 6400 Main Street, Suite 200, Amherst, NY 14221-5803 |
| 14689495 | | Mazda Fin Svcs/TMCC, Credit Dispute Research Team, Cedar Rapids, IA 52408 |
| 14693810 | + | PNC BANK, NATIONAL ASSOCIATION, C/O REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14704780 | + | Toyota Motor Credit Corporation, P.O. Box 330, Williamsville, New York 14231-0330 |
| 14689500 | + | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14689478 | + | Email/Text: backoffice@affirm.com | Jan 05 2023 00:10:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14689479 | + | Email/Text: backoffice@affirm.com | Jan 05 2023 00:10:00 | Affirm, Inc., 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 14698091 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2023 00:24:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14689480 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2023 00:24:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14689481 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2023 00:24:35 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14689484 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 05 2023 00:10:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14689485 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 05 2023 00:10:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14689486 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2023 00:14:16 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14689487 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 05 2023 00:14:19 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14692824 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 05 2023 00:14:16 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14689490 | | Email/PDF: DellBKNotifications@resurgent.com | Jan 05 2023 00:14:20 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |

Case 22-11197-elf   Doc 62   Filed 01/06/23   Entered 01/07/23 00:35:58   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: 155 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14689491 | + | Email/PDF: DellBKNotifications@resurgent.com | Jan 05 2023 00:14:20 | Dell Financial Services, Po Box 81607, Austin, TX 78708-1607 |
| 14689493 | + | Email/Text: mrdiscen@discover.com | Jan 05 2023 00:10:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14689492 | + | Email/Text: mrdiscen@discover.com | Jan 05 2023 00:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14689488 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2023 00:14:18 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14689489 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 05 2023 00:14:19 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14695159 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 05 2023 00:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14689497 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2023 00:10:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14689496 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2023 00:10:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14690081 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2023 00:10:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14706261 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2023 00:10:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14689498 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2023 00:10:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 14689499 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2023 00:10:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14693708 | ^ | MEBN | Jan 05 2023 00:06:36 | PNC BANK, NATIONAL ASSOCIATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690130 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 05 2023 00:14:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14700261 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2023          Signature:      /s/Gustava Winters

Case 22-11197-elf    Doc 62    Filed 01/06/23    Entered 01/07/23 00:35:58    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2023 | Form ID: 155 | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| JENNIE SHNAYDER | on behalf of Creditor Jennie FTS Capital LLC jennie@shnayderlawfirm.com |
| JENNIE SHNAYDER | on behalf of Creditor FTS Capital LLC jennie@shnayderlawfirm.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor Kevin A Gatto support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin A Gatto
      Debtor(s)
                        Chapter: 13
                        Bankruptcy No: 22−11197−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this January 3, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                              Eric L. Frank
                                              Judge ,
                                              United States Bankruptcy Court

                                                                     60 – 16
                                                                     Form 155