U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   KEVIN GATTO                                         CHAPTER 13

Debtors                                                      BANKRUPTCY NO. 22-11197AMC

ORDER

AND NOW, this 21st day of June, 2024, upon consideration of Debtor's Motion for Approval of Short Sale, it is hereby ORDERED that the Debtor's Motion is GRANTED, and that Debtor is allowed to sell the property located at 2101 Chestnut Street, Unit 609, Philadelphia, PA 19103, pursuant to the terms and conditions agreed upon with the secured lienholders and Debtor.

BY THE COURT,

_____
Ashely M. Chan
U.S. Bankruptcy Judge